IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EFS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) NO. 3:07-0704 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| AIG FINANCIAL ADVISORS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court has been advised by counsel that all remaining matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days, to reopen this action if the settlement is not consummated.

It is so **ORDERED**.

**ENTERED** this the 17th day of November, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge